NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5036

ATK THIOKOL, INC. (now known as ATK Launch Systems Inc.),

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 99-CV-440, Judge Susan G. Braden.

ON MOTION

Before PROST, Circuit Judge.

O R D E R

The United States moves for a 32-day extension of time, until September 14, 2009, to file its reply brief. ATK Thiokol, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas A. Lemmer, Esq.
Robert E. Chandler, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 4 2009

JAN HORBALY
CLERK